IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 1:21-cv-00217-RCL |
| ENDO PHARMACEUTICALS, INC., et al., | ) ) ) |
| Defendants. | ) ) ) |

**IMPAX DEFENDANTS' MOTION TO DISMISS**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendants Impax Laboratories, Inc. and Amneal Pharmaceuticals, Inc.'s (the "Impax Defendants") move to dismiss the complaint for failure to state a claim. Impax Defendants' memorandum in support of this motion is filed concurrently herewith.

1

Dated: April 26, 2021

Respectfully submitted,

/s/ *Devora W. Allon, P.C.*
Devora W. Allon, P.C. (admitted *pro hac vice*)
Jay P. Lefkowitz, P.C.
Evelyn Blacklock (*pro hac vice* pending)
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue
New York, NY 10022
Tel: (212) 446-4800
devora.allon@kirkland.com
lefkowitz@kirkland.com
evelyn.blacklock@kirkland.com

James R.P. Hileman (admitted *pro hac vice*)
Matthew LaGrone (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
300 North LaSalle Street
Chicago, IL 60654
Tel.: (312) 862-2000
jhileman@kirkland.com
matthew.lagrone@kirkland.com

*Attorneys for Defendants Impax Laboratories, LLC and Amneal Pharmaceuticals, Inc.*