**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**ENDO PHARMACEUTICALS INC., et al.,**<br><br>Defendants. | Case No.: 1:21-cv-217-RCL |

**DEFENDANT ENDO PHARMACEUTICALS INC.'S MOTION TO DISMISS
COMPLAINT FOR FAILURE TO STATE A CLAIM
UPON WHICH RELIEF CAN BE GRANTED**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), and for the reasons in the accompanying memorandum in support of this motion, Defendant Endo Pharmaceuticals Inc. moves to dismiss the Federal Trade Commission's complaint for failure to state a claim upon which relief may be granted.

Dated:  April 26, 2021

Respectfully submitted,

*/s/ George G. Gordon*
George G. Gordon (admitted *pro hac vice*)
Julia Chapman (admitted *pro hac vice*)
**Dechert LLP**
Cira Centre, 2929 Arch Street
Philadelphia, PA  19104
Tel.:  (215) 994 4000
Fax:  (215) 994-2222
george.gordon@dechert.com
Julia.chapman@dechert.com

*/s/ Craig Falls*
Craig Falls (Bar #502368)
Eric D. Hageman (Bar #1601820)
**Dechert LLP**
1900 K St. NW
Washington, DC 20006
Tel.:  (202) 261-3300
Fax:  (202) 261-3333
craig.falls@dechert.com
eric.hageman@dechert.com

*Counsel for Defendant Endo Pharmaceuticals Inc.*

## CERTIFICATE OF SERVICE

I certify that on April 26, 2021, I filed the foregoing motion and all attachments with the Clerk of the Court via the CM/ECF system, which will automatically send electronic mail notification of such filing to the CM/ECF registered participants as identified on the Notice of Electronic Filing.

/s/ *George G. Gordon*
Counsel for Defendant
Endo Pharmaceuticals Inc.