IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**ENDO PHARMACEUTICALS INC., et al.,**<br><br>Defendants. | Case No.: 1:21-cv-217-RCL |

**SPECIALLY APPEARING DEFENDANT ENDO INTERNATIONAL PLC'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION OR, IN THE ALTERNATIVE, FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), and for the reasons in the accompanying memorandum in support of this motion, Specially Appearing Defendant Endo International plc moves to dismiss the Federal Trade Commission's complaint for lack of personal jurisdiction or, in the alternative, for failure to state a claim upon which relief can be granted.

Dated:  April 26, 2021	Respectfully submitted,

*/s/* George G. Gordon
George G. Gordon (admitted *pro hac vice*)
Julia Chapman (admitted *pro hac vice*)
**Dechert LLP**
Cira Centre, 2929 Arch Street
Philadelphia, PA  19104
Tel.:  (215) 994 4000
Fax:  (215) 994-2222
george.gordon@dechert.com
julia.chapman@dechert.com

*/s/* Craig Falls
Craig Falls (Bar #502368)
Eric D. Hageman (Bar #1601820)
**Dechert LLP**
1900 K St. NW
Washington, DC 20006
Tel.:  (202) 261-3300
Fax:  (202) 261-3333
craig.falls@dechert.com
eric.hageman@dechert.com

*Counsel for Specially Appearing Defendant Endo International plc*

## CERTIFICATE OF SERVICE

I certify that on April 26, 2021, I filed the foregoing motion and all attachments with the Clerk of the Court via the CM/ECF system, which will automatically send electronic mail notification of such filing to the CM/ECF registered participants as identified on the Notice of Electronic Filing.

<u>/s/ George G. Gordon</u>
Counsel for Specially Appearing
Defendant Endo International plc