IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ENDO PHARMACEUTICALS INC., et al.,<br><br>Defendants. | Case No.: 1:21-cv-217-RCL |

**DECLARATION OF DEANNA VOSS IN SUPPORT OF DEFENDANT ENDO INTERNATIONAL PLC'S MOTION TO DISMISS COMPLAINT <u>FOR LACK OF PERSONAL JURISDICTION</u>**

DEANNA VOSS declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am Assistant Secretary for Endo International plc.

2. As Assistant Secretary, and through my job duties, I am familiar with the corporate structure of Endo International plc and its subsidiaries.

3. Endo International plc is a holding company organized and existing under the laws of Ireland with its principal place of business at First Floor, Minerva House, Simmonscourt Road, Ballsbridge, Dublin, Ireland.

4. Endo International plc does not engage in operations involving the development, regulatory approval, manufacture, distribution, sales, launch, or marketing of pharmaceutical products in the United States.

5. Endo International plc does not own assets related to oxymorphone ER.

6. Endo International plc is not registered to do business in, and does not do business in, the United States. Endo International plc does not maintain headquarters in the United States. It does not maintain an office, real property, bank account, or phone listing in the United States. It has no employees and no agent for service of process in the United States.

7. Some of Endo International plc's operating companies have carried out activities related to the development, regulatory approval, manufacture, distribution, sales, launch, or marketing of pharmaceutical products in the United States, including Endo Pharmaceuticals Inc. and Par Pharmaceutical, Inc. Each of these indirect subsidiaries is a legal entity separate and distinct from Endo International plc, with its own corporate officers, board of directors, and management structure.

8. Endo International plc's officers, in their role as officers of Endo International plc, do not exercise direct control over its subsidiaries' day to day activities related to the development, regulatory approval, manufacture, distribution, sales, launch, or marketing of pharmaceutical products in the United States.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 22, 2021

*Deanna Voss*
Deanna Voss
Assistant Secretary