IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ENDO PHARMACEUTICALS INC., et al.,<br><br>Defendants. | Case No.: 1:21-cv-217-RCL |

## DECLARATION OF PAUL CAMPANELLI IN SUPPORT OF DEFENDANT ENDO INTERNATIONAL PLC'S MOTION TO DISMISS COMPLAINT FOR LACK OF PERSONAL JURISDICTION

PAUL CAMPANELLI declares pursuant to 28 U.S.C. § 1746 as follows:

1. I am Chairman of the Board of Endo International plc.

2. I served as President and Chief Executive Officer of Endo International plc from September 2016 to March 2020.

3. I served as President and Chief Executive Officer of Endo Pharmaceuticals Inc. from September 2016 to March 2020.

4. Endo Pharmaceuticals Inc. was a party to the 2017 Contract Settlement Agreement between Endo Pharmaceuticals Inc. and Impax Laboratories, Inc. that resolved litigation in the United States District Court for the District of New Jersey, captioned *Endo Pharmaceuticals Inc. v. Impax Laboratories, Inc.*, Civil Action No. 16-cv-2526 (JLL) (JAD). My involvement in the negotiation, approval, and signing of the 2017 Contract Settlement Agreement was exclusively in my capacity as President and CEO of Endo Pharmaceuticals Inc.

No aspect of my involvement with the 2017 Contract Settlement Agreement was in my capacity as President and CEO of Endo International plc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April  , 2021

Paul Campanelli
Chairman of the Board