**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ENDO PHARMACEUTICALS INC. et al.,<br><br>Defendants. | Case No. 1:21-cv-00217-RCL |

## MOTION TO WITHDRAW CRAIG G. FALLS

Pursuant to Local Rule 83.6, Defendant Endo Pharmaceuticals Inc. and Specially Appearing Defendant Endo International plc respectfully request that this Court grant Craig G. Falls leave to withdraw his appearance in this action. As of December 31, 2021, Mr. Falls will no longer be with the law firm of Dechert LLP, counsel of record for Defendant Endo Pharmaceuticals and Specially Appearing Defendant Endo International. Both Defendant Endo Pharmaceuticals and Specially Appearing Defendant Endo International will continue to be represented by Dechert LLP.

WHEREFORE, Defendant Endo Pharmaceuticals and Specially Appearing Defendant Endo International respectfully request that the Court grant Craig G. Falls leave to withdraw as one of the attorneys of record in this action.

| | |
|---|---|
| Dated: December 30, 2021 | Respectfully submitted,<br><br>*/s/ George Gordon*<br>George G. Gordon (admitted *pro hac vice*)<br>Julia Chapman (admitted *pro hac vice*)<br>**DECHERT LLP**<br>Cira Centre, 2929 Arch Street<br>Philadelphia, PA 19104<br>Tel.: (215) 994 4000<br>Fax: (215) 994-2222 |

george.gordon@dechert.com
julia.chapman@dechert.com

Eric D. Hageman (Bar #1601820)
**DECHERT LLP**
1900 K St. NW
Washington, DC 20006
Tel.: (202) 261-3300
Fax.: (202) 261-3333
eric.hageman@dechert.com

*Counsel for Defendant Endo Pharmaceuticals Inc. and Specially Appearing Defendant Endo International plc*

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2021, I caused to be filed the foregoing document with the United States District Court for the District of Columbia using the CM/ECF system, and caused it to be served on all registered participants via the notice of electronic filing.

> */s/ George Gordon*
> Counsel for Defendant Endo
> Pharmaceuticals Inc. and Specially
> Appearing Defendant Endo International plc