UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FEDERAL TRADE COMMISSION,<br><br>*Plaintiff,*<br><br>v.<br><br>ENDO PHARMACEUTICALS INC., *et al.,*<br><br>*Defendants.* | Case No. 1:21-cv-217-RCL |

## ORDER

Defendants Endo Pharmaceuticals Inc., Impax Laboratories, LLC, Endo International plc, and Amneal Pharmaceuticals, Inc. move this Court to dismiss the Federal Trade Commission's complaint [3]. For the reasons set forth in the accompanying Memorandum Opinion, this Court **GRANTS** defendants' motions [48, 51, 53] to dismiss for failure to state a claim. It is hereby **ORDERED** that the Federal Trade Commission's complaint is **DISMISSED**.

The accompanying memorandum was filed under seal because it references documents that this Court allowed the parties to file under seal. It is hereby **ORDERED** that the parties show cause within five (5) days why the memorandum should not be unsealed and which portions, if any, should remain sealed.

**IT IS SO ORDERED.**

Date: 3/24/22

Royce C. Lamberth
United States District Judge